## Mary Anna Heitmann v. John Max Heitmann. John Max Heitmann, Appellant, v. Helen Holt and Cecil Holt, Appellees.

### Gen. No. 9,856.

opinion filed April 28, 1943. Smith & Hynds and Louis I. Shapiro, for appellant; Louis I. Shapiro and William I. Hynds, of counsel; S. J. Holderman and Arley Munts, for appellees. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."

## General Electric Company, Appellee, v. Gellman Manufacturing Company, Appellant.

### Gen. No. 9,824.

opinion filed April 28, 1943. Curtis & Simonson and Julius H. Selinger, for appellant; William M. Walker and Sidney S. Deutsch, for appellee. Opinion by JUSTICE DOVE. ".Not to be published in full."